UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DEVANTE JIGGETTS,

    Plaintiff,

    v.                                   CAUSE NO. 3:23-CV-728-JD-JPK

AIRMART,

    Defendant.

## OPINION AND ORDER

Devante Jiggetts, a prisoner without a lawyer, filed a complaint alleging he chipped a tooth on a rock he found in his lunch at the St. Joseph County Jail on July 22, 2023. ECF 1. "A document filed *pro se* is to be liberally construed, and a *pro se* complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (quotation marks and citations omitted). Nevertheless, under 28 U.S.C. § 1915A, the court must review the merits of a prisoner complaint and dismiss it if the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

Jiggetts alleges this happened when he was a pretrial detainee. "In evaluating the constitutionality of conditions or restrictions of pretrial detention . . . the proper inquiry is whether those conditions amount to punishment of the detainee." *Id*. "[I]n the absence of an expressed intent to punish, a pretrial detainee can nevertheless prevail by showing that the actions are not 'rationally related to a legitimate nonpunitive

governmental purpose' or that the actions 'appear excessive in relation to that purpose.'" *Kingsley v. Hendrickson*, 576 U.S. 389, 398 (2015) (*quoting Bell*). However, for a pre-trial detainee to establish a claim under the Fourteenth Amendment, "it will not be enough to show negligence or gross negligence." *Miranda v. Cty. of Lake*, 900 F.3d 335, 353 (7th Cir. 2018).

Jiggetts found a rock in his lunch. When he reported this to guards, they promptly responded by examining the rock and his tooth. They took a picture and filed a report. By his description, they responded reasonably. Unfortunately, rocks and other natural contaminants are an inherent food hazard. *See e.g.* William Skipworth, *Rocks And Insects Found Inside Groceries – Trader Joe's Recalls Four Products In One Week*, Forbes https://www.forbes.com/sites/willskipworth/2023/07/28/rocks-and-insects-found-inside-groceries-trader-joes-recalls-four-products-in-one-week/?sh=556e3cbc12b3. It may have been negligent for the rock to have not been found before the food was served, but negligence does not state claim for a constitutional violation.

"The usual standard in civil cases is to allow defective pleadings to be corrected, especially in early stages, at least where amendment would not be futile." *Abu-Shawish v. United States*, 898 F.3d 726, 738 (7th Cir. 2018). However, "courts have broad discretion to deny leave to amend where . . . the amendment would be futile." *Hukic v. Aurora Loan Servs.*, 588 F.3d 420, 432 (7th Cir. 2009). Such is the case here. For these reasons, this case is DISMISSED under 28 U.S.C. § 1915A.

SO ORDERED on August 3, 2023

/s/JON E. DEGUILIO
JUDGE
UNITED STATES DISTRICT COURT